AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

RECEIVED & FILED
CLERK'S OFFICE

NOV 14 2025

US DISTRICT COURT
SAN JUAN, PR

IN THE MATTER OF THE SEARCH OF THE
UNITED STATES POSTAL SERVICE PARCEL
FURTHER DESCRIBED IN ATTACHMENT A

Case No. 25- 1047(M)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

located in the _____ - _____ District of _____ Puerto Rico _____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 USC 841(a)(1) | Possession with Intent to Distribute a Controlled Dangerous Substance |
| 21 USC 843(b) | Transportation of Controlled Dangerous Substances via the US Mail |
| 21 USC 846 | Conspiracy to Distribute a Controlled Dangerous Substance |

The application is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Reviewed by: Edwin Caban Jr.
Special Assistant U.S. Attorney

*Applicant's signature*

Joan Matos Kemp, U.S. Postal Inspector
*Printed name and title*

Sworn in accordance with the requirements of Fed. R. Cr P. 4.1 by telephone at   10:45   AM ☐ PM ☒
in San Juan , Puerto Rico.
Date: 11/14/25

*Judge's signature*

City and state:
_____ San Juan, Puerto Rico _____   Hon. Mariana Bauzá Almonte, U.S. Magistrate Judge
*Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 25- 1047(M) | 11/18/2025 10:25am | USPIS Office |

Inventory made in the presence of: Edgardo León (TFO), David Nieves (TFO), Joan Matos

Inventory of the property taken and name of any person(s) seized:

Negative for contraband: 9505 5104 7643 5302 3210 90

Junk

Junk        Junk

Junk

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11/18/2025

_Executing officer's signature_

Joan V. Matos Kemp, U.S. Postal Inspector
_Printed name and title_

Case 3:25-mj-01047-MBA   Document 3   Filed 11/19/25   Page 3 of 4

## ATTACHMENT A: PARCEL TO BE SEARCHED

| Subject Parcel | Express (E) or Priority (P) and Tracking ID number | From: Name and Address | To: Name and Address |
|---|---|---|---|
| 1. | 9505 5104 7643 5302 3210 90 | Travis Goodale<br>39042 Whitecap Place<br>Anchorage, AK 99515-4421 | Michelle Sanchez<br>Res Manuel Martorell<br>1 calle 10 apt 41<br>Comerio PR 00782-2602 |



1

## ATTACHMENT B: ITEMS TO BE SEIZED

All records and items in the Subject Parcel described in Attachment A that relate to violations of: (1) Possession with Intent to Distribute a Controlled Substance in violation of 21 U.S.C. § 841(a)(1); (2) Conspiracy to Possess with Intent to Distribute a Controlled Substance in violation of 21 U.S.C. § 846; and (3) Transportation of a Controlled Dangerous Substance via the United States Mail in violation of 21 U.S.C. § 843(b) ("the Subject Offense"), including but not limited to:

   a. Controlled dangerous substances;

   b. Narcotics trafficking paraphernalia;

   c. United States Currency;

   d. Records related to narcotics suppliers, customers, and co-conspirators, and related identifying information;

   e. Types, amounts, and prices of drugs trafficked, as well as dates, places, and amounts of specific transactions;

   f. Any information related to sources of drugs (including names, addresses, phone numbers, or any other identifying information); and

   g. Indicia of possession, custody, or control, including any information related to the use of false or fraudulent identities.